**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 2:08-CR-135-LDG-(RJJ) |
| ) | |
| GEORGE NOLAN, ) | |
| a.k.a. RONALD T. WHITE, ) | |
| a.k.a. WILLIAM S. BOSWELL HUGHES, ) | |
| ) | |
| Defendants. ) | |

**AMENDED FINAL ORDER OF FORFEITURE**

On April 28, 2010, the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); and Title 18, United States Code, Section 982(a)(2)(B) and Title 21, United States Code, Section 853(p), based upon the plea of guilty by defendant GEORGE NOLAN, a.k.a. RONALD T. WHITE, a.k.a. WILLIAM S. BOSWELL HUGHES, to criminal offenses, forfeiting specific property alleged in the Criminal Information, and agreed to in the Plea Memorandum, and shown by the United States to have a requisite nexus to the offense to which defendant GEORGE NOLAN, a.k.a. RONALD T. WHITE, a.k.a. WILLIAM S. BOSWELL HUGHES pled guilty. Minutes of Change of Plea Proceedings, ECF No. 57; Criminal Information, ECF No. 59; Plea Memorandum, ECF No. 61; Preliminary Order of Forfeiture, ECF No. 62.

This Court finds the United States of America published the notice of the forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov,

consecutively from November 3, 2010, through December 2, 2010, further notifying all known third parties by personal service or by regular mail and certified mail return receipt requested, of their right to petition the Court. Notice of Filing Proof of Publication, ECF No. 80; Notice of Filing Service of Process, ECF Nos. 78,129,129-1, and 129-2.

On August 26, 2010, Glenn Renwick, President for Progressive Northwestern Insurance Agency A.K.A. The Progressive Corporation, was served by regular mail and certified mail with the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process, ECF No. 78, p. 2-3 and 44-57.

On August 26, 2010, Registered Agent CT Corporation for Progressive Northwestern Insurance Agency A.K.A. The Progressive Corporation, was served by regular mail and certified mail with the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process, ECF No. 78, p. 4-5 and 44-57.

On August 26, 2010, Eugene McQuade, President for Citibank Northern America, was served by regular mail and certified mail with the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process, ECF No. 78, p. 6-7 and 44-57.

On August 26, 2010, Registered Agent, CT Corporation for Citibank Northern America, was served by regular mail and certified mail with the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process, ECF No. 78, p. 8-9 and 44-57.

On August 26, 2010, Steven Abreau, President for Greenpoint Mortgage Funding A.K.A. Capital One, was served by regular mail and certified mail with the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process, ECF No. 78, p. 10-11 and 44-57.

On August 26, 2010, Registered Agent, CSC Services of Nevada for Greenpoint Mortgage Funding A.K.A. Capital One, was served by regular mail and certified mail with the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process, ECF No. 78, p. 12-13 and 44-57.

. . .

1 | On August 26, 2010, Richard Fairbank, President for Capital One Financial Corp., was served by regular mail and certified mail with the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process, ECF No. 78, p. 14-15 and 44-57.

On August 26, 2010, Registered Agent, CSC for Capitol One Financial Corp., was served by regular mail and certified mail with the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process, ECF No. 78, p. 16-17 and 44-57.

On August 26, 2010, Brian Moynihan, President for Countrywide A.K.A. Bank of America, was served by regular mail and certified mail with the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process, ECF No. 78, p. 18-19 and 44-57.

On August 26, 2010, Registered Agent: Corp. Trust Company of Nevada for Countrywide, was served by regular mail and certified mail with the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process, ECF No. 78, p. 20-21 and 44-57.

On August 26, 2010, Registered Agent: Corp. Trust Company of Nevada for Bank of America, was served by regular mail and certified mail with the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process, ECF No. 78, p. 22-23 and 44-57.

On September 28, 2010, Registered Agent, CSC for Capitol One Financial Corp., was served by regular mail and certified mail with the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process, ECF No. 78, p. 24-25 and 44-57.

On September 28, 2010, Registered Agent CT Corporation for Progressive Northwestern Insurance Agency A.K.A. The Progressive Corporation, was served by regular mail and certified mail with the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process, ECF No. 78, p. 26-28 and 44-57.

On September 28, 2010, Registered Agent, CSC Services of Nevada for Greenpoint Mortgage Funding A.K.A. Capital One, was served by regular mail and certified mail with the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process, ECF No. 78, p. 29-30 and 44-57.

1        On September 28, 2010, Registered Agent: Corp. Trust Company of Nevada for Countrywide, was served by regular mail and certified mail with the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process, ECF No. 78, p. 31-32 and 44-57.

       On September 28, 2010, Registered Agent: Corp. Trust Company of Nevada for Bank of America, was served by regular mail and certified mail with the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process, ECF No. 78, p. 33-35 and 44-57.

       On September 28, 2010, Registered Agent, CT Corporation for Citibank Northern America, was served by regular mail and certified mail with the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process, ECF No. 78, p. 36-37 and 44-57.

       On October 26, 2010, Registered Agent: CT Corporation System for Bank of America, was served by regular mail and certified mail with the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process, ECF No. 78, p. 38-39 and 44-57.

       On October 26, 2010, Registered Agent: CT Corporation System for Countrywide Asset Management Corporation, was served by regular mail and certified mail with the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process, ECF No. 78, p. 40-41 and 44-57.

       On October 26, 2010, Registered Agent, CITIGroup Financial Products, Inc., was served by regular mail and certified mail with the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process, ECF No. 78, p. 42-57.

       On June 11, 2012, CSC Services of Nevada, Inc., Registered Agent for PHH Mortgage Corporation, was personally served with the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process, ECF No. 129-1, p. 1-12.

       On April 16, 2012, Luke S. Hayden, President of PHH Mortgate Corporation, and Madeline Flanagan, General Counsel of PHH Mortgage Corporation, were served the Preliminary Order of Forfeiture by certified mail. Notice of Filing Service of Process, ECF No. 129-1, p. 13-14.

. . .

. . .

1       On April 30, 2012, The Corporation Trust Company of Nevada, Registered Agent for JPMorgan Chase Bank, N.A., was personally served with the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process, ECF No. 129-1, p. 15-26.

      On April 25, 2012, Clark County Assessor, was personally served with the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process, ECF No. 129-1, p. 27-38.

      On April 25, 2012, Clark County Recorder Debbie Conway, was personally served with the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process, ECF No. 129-1, p. 39-50.

      On April 25, 2012, Clark County Treasurer, was personally served with the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process, ECF No. 129-1, p. 51-62.

      On April 25, 2012, Chairman of the Clark County Board of Commissioners, was personally served with the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process, ECF No. 129-1, p. 63-74.

      On June 12, 2012, Clark County District Attorney's Office, was personally served with the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process, ECF No. 129-1, p. 75-86.

      On June 11, 2012, Clark County Public Response Office, was personally served with the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process, ECF No. 129-1, p. 87-98.

      On June 12, 2012, City of Las Vegas, was personally served with the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process, ECF No. 129-1, p. 99-110.

      On June 12, 2012, City of Las Vegas Attorney's Office, was personally served with the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process, ECF No. 129-1, p. 111-122.

. . .

. . .

1  On June 12, 2012, City of Las Vegas City Clerk's Office, was personally served with the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process, ECF No. 129-1, p. 123-134.

On June 12, 2012, City of Las Vegas Sewer, was personally served with the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process, ECF No. 129-2, p. 1-12.

On June 12, 2012, Clark County Water Reclamation District, was personally served with the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process, ECF No. 129-2, p. 13-24.

On April 25, 2012, Las Vegas Valley Water District, c/o James L. Taylor, General Counsel, was personally served with the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process, ECF No. 129-2, p. 25-36.

On April 25, 2012, Las Vegas Valley Water District, c/o Patricia Mulroy, General Manager, was personally served with the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process, ECF No. 129-2, p. 37-48.

On April 25, 2012, Southern Nevada Water Authority, c/o James L. Taylor, General Counsel, was personally served with the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process, ECF No. 129-2, p. 49-60.

On April 25, 2012, Southern Nevada Water Authority, c/o Patricia Mulroy, General Manager, was personally served with the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process, ECF No. 129-2, p. 61-72.

On April 30, 2012, The Corporation Trust Company of Nevada, Registered Agent for Republic Silver State Disposal, Inc., was personally served with the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process, ECF No. 129-2, p. 73-84

On June 14, 2012, Lone Mountain West Homeonwers Association, c/o Hampton & Hampton, General Counsel, was personally served with the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process, ECF No. 129-2, p. 85-96.

1 | On June 11, 2012, Lone Mountain West Homeonwers Association, c/o Darren Brenner, President, was personally served with the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process, ECF No. 129-2, p. 97-108.

On April 25, 2012, Ken Williams, Registered Agent for Lone Mountain West Homeonwers Association, c/o CAMCO, was personally served with the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process, ECF No. 129-2, p. 109-120.

On April 25, 2012, CAMCO, c/o Ken Williams, President, was personally served with the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process, ECF No. 129-2, p. 121-132.

DISCLAIMER OF INTEREST

On May 11, 2012, Clark County filed a Disclaimer of Interest in regards to APN 138-02-315-066, 162-02-115-066, 161-07-103-011 and 137-01-410-061. Disclaimer of Interest, ECF No. 127.

PETITION

On July 12, 2012, the City of Las Vegas filed a Petition and Verified Claim in regards to 4325 Amethyst Ave., Las Vegas, Nevada, and 1401 Norman Ave., Las Vegas, Nevada. Petition and Verified Claim, ECF No. 128.

On March 1, 2013, a Proposed Settlement and Agreement as to the City of Las Vegas, and Order was entered with the Court. Proposed Order, ECF No. 130.

On March 4, 2013, the Court entered an Order granting Settlement Agreement as to the City of Las Vegas. Order, ECF No. 131.

This Court finds no other petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending with regard to the assets named herein and the time for presenting such petitions has expired.

1       THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right, title, and interest in the property hereinafter described is condemned, forfeited, and vested in the United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P. 32.2(c)(2); and Title 18, United States Code, Section 982(a)(2)(B) and Title 21, United States Code, Section 853(p); and Title 21, United States Code, Section 853(n)(7):

1)     an *in personam* criminal forfeiture money judgment of $318,632.00 in United States Currency.

2)     a)     The Real Property more commonly known as 4325 Amethyst Ave., Las Vegas, Nevada, legally described as follows:

Land referred to in this commitment is described as all that certain property situated in the County of Clark, and State of NV and being described in a deed dated 12/18/2008 and recorded 8/19/2008 in instrument number 20080819-003071 among the land records of the county and state set forth above, and referenced as follows:

Land:   Lot Seventeen (17) Block one (1) of Jade Park Unit #2, as shown by map thereof on file in Book 15, of Plats, Page 53, in the Office of the County Recorder of Clark County, Nevada. APN: 138-02-315-066; and

Unit:   1969 Hillcrest 60X13 mobile home, serial number. HC9S1051 (County Assessor Manufactured Home Account No. 013099);

3)     b)     The Real Property more commonly known as 1401 Norman Avenue, Las Vegas, Nevada, legally described as follows:

Land referred to in this commitment is described as all that certain property situated in the County of Clark, and State of NV and being described in a deed dated 8/18/2008 and recorded 8/19/2008 in instrument number 20080819-003072 among the land records of the county and state set forth above, and referenced as follows:

    Lot twenty-seven (27) in block nine (9) of Huntridge Subdivision Tract 3, as shown by map thereof on file in Book 2 of Plats, Page 54, in the office of the County Recorder, Clark County, Nevada Tax ID: 162-02-115-066;

4)     c)     The Real Property more commonly known as 2560 Stratford Avenue, Las Vegas, Nevada, legally described as follows:

Land referred to in this commitment is described as all that certain property situated in the county of Clark, and state of NV and being described in a deed dated 8/18/2008 and recorded 08/19/2008 in instrument number 20080819-0003074 among the land records of the county and state set forth above, and situate at the Las Vegas Valley Water District, County of Clark, State of Nevada, described as follows:

    Beginning at the North quarter (N1/4) corner of section 7, township 21 South, range

| | | |
|---|---|---|
| 1 | | 62 East, M.D.B.&M.; |
| 2 | | Thence North 89°53' West along the North boundary line of said Section 7, 339.84 feet to the Northeast Corner of Macedonia Baptist Church Tract; Thence North 89°53' West along the North boundary line of said section 7, 83.44 feet to a point; |
| 3 | | Thence South 1°10; West 261 feet the true point of beginning, said point being the Southwest corner of that parcel conveyed to Rosabell Davis, a married woman, by deed recorded January 5, 1968, as Document 678808 of official records, Clark County, Nevada; |
| 5 | | Thence South 1°10' West, a distance of 98.33 feet to a point; Thence South 2343' West 96.41 Feet to the Southwest Corner; |
| 6 | | Thence South 5143'40" East 115.19 Feet to the Southeast Corner; Thence North 26°43' East 84.09 Feet to a point; |
| 7 | | Thence North 1°10' West 179.81 Feet to a point on the Southeast corner of the aforementioned Davis Parcel; |
| 8 | | Thence North 89°53' West a distance of 83.44 feet to the true point of beginning. (APN: 161-07-103-011); and |

5)  d)  The Real Property commonly known as 10732 Hunter Mountain Avenue, Las Vegas, Nevada, legally described as follows:

Land referenced to in this commitment is described as all that certain property situated in the County of Clark, and state of Nevada and being described in a deed dated 8/18/2008 and recorded 8/19/2008 in instrument number: 20080819-0003073 among the land records of the county and state set forth above, and referenced as follows:

Parcel one (1):
Lot sixty-one (61) in block five (5) of final map of Kimball Hill Homes Lone Mountain West Unit 1 (a common interest community), as shown by map thereof on file in Book 105 of Plats, Page 47, in the office of the County Recorder of Clark County, Nevada.

Parcel two (2):

A non-exclusive easement of access, ingress, egress and use of, in, to and over the association property as subject to and as set forth in the covenant, conditions, and restrictions and reservation of easements for Lone Mountain West recorded February 27, 2003 in Book 20030227 as Document No. 00443, in the office of the County Recorder of Clark County, Nevada, (APN: 137-01-410-061).

. . .

. . .

. . .

. . .

. . .

. . .

1     IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the United States of America's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

    The Clerk is hereby directed to send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office.

    DATED this \_\_\_17th\_\_\_ day of \_\_April\_\_, 2013.

_____
UNITED STATES DISTRICT JUDGE